PS 42
(Rev. 7/93)

# United States District Court
## Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT
2018 FEB 26 PM 1:51
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

United States of America )
)
vs. )
) Case No. 0648 3:09CR00018 - (001)
Oliver Von Fragstein )
)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Oliver Von Fragstein, have discussed with Patrick Kennedy, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

Remove the defendant's condition restricting his travel.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  2-23-18    _____ Patrick Kennedy 2018.02.23 14:19:45 -05'00'   Feb 23, 2018
Signature of Defendant     Date        Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                 2/23/2018
Signature of Defense Counsel              Date

☑ The above modification of conditions of release is ordered, to be effective on immediately for 30 days
☐ The above modification of conditions of release is *not* ordered.

_____                 2-23-18
Signature of Judicial Officer             Date